AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __California__

FILED
JUN 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Dai Ki Eun | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: CR-08-0383JW |

I, __Dai Ki Eun__, the above named defendant, who is accused of

__title 18, U.S.C. Sec. 371 – conspiracy__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 6, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer