1  ALEX C. PARK [SBN: 197781]
   LAW OFFICES OF ALEX C. PARK
2  4675 Stevens Creek Boulevard, Suite 100
   Santa Clara, CA 95051
3  Telephone:  (408) 246-1515
   Facsimile:  (408) 246-4105
4

5  Attorney for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA;       ) No. CR 08 -00383 JW
                                    )     CR 08-00196 JW
13 |        Plaintiff,               )
                                    ) STIPULATION AND [PROPOSED]
14 | v.                              ) ORDER CONTINUING SENTENCING
                                    ) HEARING AND EXCLUDING TIME FOR
15 | DAE KI EUN,                     ) PRONOUNCEMENT OF JUDGMENT (18
                                    ) U.S.C. § 3553)
16 |        Defendant.               )
                                    )

17         This matter is scheduled before the Court for sentencing on August 25, 2008.  Due to the
18 related matter filed in Southern California against defendant, on the same date defendant is
19 scheduled for arraignment and further court proceedings before United States District Court for
20 the Central District of California, Case No. CR 08-702.  The parties respectfully request that
21 defendant's sentencing hearing be continued for sixty (60) days.  The parties agree, and the
22 Court finds and holds as follows:
23       1.  Defendant's sentencing hearing currently scheduled for August 25, 2008 at 1:30pm
24           before The Honorable Judge Ware is continued for sixty (60) days.
25       2.  The extension time is excluded pursuant to any sentencing deadline requirements to
26           allow defendant to attend a separate court proceeding in a different jurisdiction.
27           The parties agree that the continuance is proper pursuant to Federal Rules of
28

Criminal Procedure and 18 U.S.C. § 3553.

3. The parties agree that the failure to grant the requested continuance would unreasonably deny defendant the right to attend the sentencing hearing beyond defendant's control. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and any timely sentencing requirements.

IT IS SO STIPULATED:

LAW OFFICE OF ALEX C. PARK

Dated: August 22, 2008

ALEX C. PARK
Attorney for Defendant EUN

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: August 22, 2008

THOMAS M. O'CONNELL
Assistant United States Attorney

IT IS SO ORDERED.

Dated: August ___, 2008

THE HONORABLE JAMES WARE
UNITED STATES JUDGE