1 ALEX C. PARK [SBN: 197781]
LAW OFFICES OF ALEX C. PARK
2 4675 Stevens Creek Boulevard, Suite 100
Santa Clara, CA 95051
3 Telephone:  (408) 246-1515
Facsimile:   (408) 246-4105
4

5 Attorney for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| UNITED STATES OF AMERICA; ) | No. CR 08 -00383 JW |
| ) | CR 08-00196 JW |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING SENTENCING |
| ) | HEARING AND EXCLUDING TIME FOR |
| DAE KI EUN, ) | PRONOUNCEMENT OF JUDGMENT (18 |
| ) | U.S.C. § 3553) |
| Defendant. ) | |
| ) | |

This matter is scheduled before the Court for sentencing on August 25, 2008. Due to the related matter filed in Southern California against defendant, on the same date defendant is scheduled for arraignment and further court proceedings before United States District Court for the Central District of California, Case No. CR 08-702. The parties respectfully request that defendant's sentencing hearing be continued for sixty (60) days. The parties agree, and the Court finds and holds as follows:

1. Defendant's sentencing hearing currently scheduled for August 25, 2008 at 1:30pm before The Honorable Judge Ware is continued for sixty (60) days.

2. The extension time is excluded pursuant to any sentencing deadline requirements to allow defendant to attend a separate court proceeding in a different jurisdiction. The parties agree that the continuance is proper pursuant to Federal Rules of

1  Criminal Procedure and 18 U.S.C. § 3553.

2  3. The parties agree that the failure to grant the requested continuance would unreasonably deny defendant the right to attend the sentencing hearing beyond defendant's control. The parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public and any timely sentencing requirements.

IT IS SO STIPULATED:

                LAW OFFICE OF ALEX C. PARK

Dated: August 22, 2008             /S/
                ALEX C. PARK
                Attorney for Defendant EUN


                JOSEPH P. RUSSONIELLO
                United States Attorney


Dated: August 22, 2008             /S/
                THOMAS M. O'CONNELL
                Assistant United States Attorney


IT IS SO ORDERED. The Sentencing Hearing is continued to November 3, 2008 at 1:30 PM.

Dated: August 22, 2008             James Ware
                THE HONORABLE JAMES WARE
                UNITED STATES JUDGE