ALEX C. PARK [SBN: 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Boulevard, Suite 100
Santa Clara, CA 95051
Telephone:   (408) 246-1515
Facsimile:    (408) 246-4105

Attorney for Defendant

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

10/30/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA;    )<br>                              )<br>        Plaintiff,           )<br>                              )<br>v.                            )<br>                              )<br>DAE KI EUN,                   )<br>                              )<br>        Defendant.            )<br>_____) | No. CR 08 - 00383 JW<br>    CR 08 - 00196 JW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING<br>HEARING AND EXCLUDING TIME<br>FOR PRONOUNCEMENT OF<br>JUDGMENT (18 U.S.C. § 3553) |

This matter is scheduled before the Court for sentencing on **NOV, 3, 2008**. Due to the related matter filed in Southern California against defendant, on the same date defendant is scheduled for further court proceedings before United States District Court for the Central District of California, Case No. CR 08-702. The parties respectfully request that defendant's sentencing hearing be continued for sixty (60) days. The parties agree, and the Court finds and holds as follows:

1. Defendant's sentencing hearing currently scheduled for **NOV, 3, 2008** at 1:30pm before The Honorable Judge Ware is continued for sixty (60) days.

2. The extension time is excluded pursuant to any sentencing deadline requirements to allow defendant to attend a separate court proceeding in a different jurisdiction. The parties agree that the continuance is proper pursuant to Federal Rules of Criminal Procedure and 18 U.S.C. § 3553.

3. The parties agree that the failure to grant the requested continuance would unreasonably deny defendant the right to attend the sentencing hearing beyond defendant's control. The parties agree that the ends of justice served by granting

1  the requested continuance outweigh the best interest of the public and any timely
2  sentencing requirements.
3  IT IS SO STIPULATED:

4  LAW OFFICE OF ALEX C. PARK

Alex C. Park   /s/
Dated: October 29, 2008
ALEX C. PARK
Attorney for Defendant

JOSEPH P. RUSSONIELLO
United States Attorney

Thomas M. O'Connell   /s/
Dated: October 29, 2008
THOMAS M. O'CONNELL
Assistant United States Attorney

IT IS SO ORDERED.  The Court notes that this is the parties' second request to continue this matter. The Court continues this matter to **January 12, 2009 at 1:30 PM.**

Dated: October 30, 2008

THE HONORABLE JAMES WARE
UNITED STATES JUDGE